UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 9 2005

at 2 o'clock and 12 min. P M.
WALTER A. Y. H. CHINN, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAMES I. SOUZA,<br><br>Defendant - Appellant. | No.  04-10637<br>D.C. No.  CR-03-00450-HG<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered Thursday, February 10, 2005

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
MAR 0 4 2005
by

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 1 0 2005

CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>JAMES I. SOUZA,<br><br>    Defendant - Appellant. | No. 04-10637<br><br>D.C. No. CR-03-00450-HG<br>District of Hawaii, Honolulu<br><br>ORDER |

Before: FERNANDEZ, GRABER and GOULD, Circuit Judges

We have reviewed appellant's response to the court's December 10, 2004, order to show cause. This appeal is dismissed for lack of jurisdiction. *See* Fed. R. App. 4(b)(1)(A)(i).

**DISMISSED.**

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 0 4 2005

by
Deputy Clerk

S:\MOATT\Panelord\02.07.05\orders\cd3\04-10637.wpd