✓ TP 1/23/06

# DISTRICT COURT RECORD RETURN FORM

U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
95 SEVENTH STREET
SAN FRANCISCO, CA. 94103
(415) 556-9920

FILED
JAN 03 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

District Court: Honolulu / HI / HI

Lower Court #: ~~CV-05-00018-HG~~ / CR 03-450 ✓

2255

Appeal #: 05-16731

Short Title: USA v. Souza

Total Volumes: 4   Clerk's Files: 2   Reporters' Transcripts: 2

Other: 1 SEALED Folder

Docketed by: [signature]   Date Docketed: 1/3/06

check one: Record on Appeal Returned ___   D.C. File Returned ✓

Not Docketed: ___   Date Appeal Closed: 12/22/05

Note: THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED. ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.